JULY 6, 1960

**Reap. Dec. 9738.**—J. Gerber & Co., Inc., et al. *v.* United States, reappraisement 279363–A, etc.— Entered at New York, N.Y. (Not published.) Motion by plaintiffs.